# United States Court of Appeals

## For the First Circuit

No. 03-1913

RHODE ISLAND BROTHERHOOD OF CORRECTIONAL OFFICERS,

Plaintiff, Appellant,

v.

STATE OF RHODE ISLAND; LINCOLN ALMOND, in his capacity
as Chief Executive Officer of the State or Rhode Island;
ROBERT L. CARL, JR., in his capacity as Director of the
Department of Administration of the State of Rhode Island;
PAUL J. TAVARES, in his capacity as General Treasurer of
the State of Rhode Island; and Ashbel T. Wall II, in his
capacity as the Director of the Department of Corrections
of the State of Rhode Island,

Defendants, Appellees.

ERRATA

The opinion of this Court, issued on January 28, 2004, should

be amended as follows:

On page 6, lines 4 and 5 of footnote 3, "R.I. Laborers' Dist.

Council" should be underlined.